FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Feb 10, 2023

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

BILLY EDWARD TOYCEN

)
)
*Plaintiff*                                          )
v.                                                   )      Civil Action No.   1:22-cv-3178-MKD
UNITED STATES DISTRICT COURT and YAKIMA              )
COUNTY SUPERIOR COURT                                )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke _____

Date:   2/10/2023 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Brian Molony
_____
*(By) Deputy Clerk*

Brian Molony
_____